# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Jenkin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | **NO. CV-20-00168-TUC-JAS (LAB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 8, 2021, the decision of the Commissioner of Social Security is reversed in favor of plaintiff. This case is remanded to the Social Security Administration for further proceedings consistent with the Order.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 8, 2021

　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　By　　Deputy Clerk